AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker )<br>*Plaintiff* )<br>v. )<br>Automotive Finance Corporation d/b/a AFC, et al. )<br>*Defendant* ) | Case No. | 1:20-cv-356 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Automotive Finance Corporation d/b/a AFC and ADESA, Inc.

Date: 09/03/2020

/s/ Joseph V. Cavanagh, III
*Attorney's signature*

Joseph V. Cavanagh, III, Esq.  (#6907)
*Printed name and bar number*

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI  02903
*Address*

jvc3@blishcavlaw.com
*E-mail address*

(401) 831-8900
*Telephone number*

(401) 751-7542
*FAX number*