## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and<br>H. Jeffrey Baker<br>　　　　　Plaintiffs,<br><br>v.<br><br>Automotive Finance Corporation d/b/a AFC,<br>NextGear Capital, Inc., Southern Auto Sales, Inc.,<br>AUTOTEC, LLC d/b/a AUTOACCESS, LLC,<br>Manheim, Inc. and ADESA, Inc.,<br>　　　　　Defendants. | C.A. No. 1:20-cv-356 |

## **STIPULATION**

The Plaintiffs and Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. ("Defendants") hereby agree that Defendants shall have up to and including October 15, 2020 to answer or otherwise respond to Plaintiffs' Complaint.

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and<br>H. Jeffrey Baker | Automotive Finance Corporation d/b/a<br>AFC and ADESA, Inc. |
| By their Attorneys, | By their Attorneys, |
| /s/ Harris K. Weiner<br>Harris K. Weiner (#3779)<br>Salter, McGowan, Sylvia & Leonard, Inc.<br>56 Exchange Terrace, Suite 500<br>Providence, RI  02903-1765<br>Tel:  (401) 274-0300<br>Fax:  (401) 453-0073<br>hweiner@smsllaw.com | /s/ Joseph V. Cavanagh, III<br>Joseph V. Cavanagh, III (#6907)<br>Blish & Cavanagh, LLP<br>30 Exchange Terrace<br>Providence, RI  02903-1765<br>Tel:  (401) 831-8900<br>Fax:  (401) 751-7542<br>jvc3@blishcavlaw.com |