UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br><br>   Plaintiffs,<br><br>   v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>   Defendants. | Civil Action No.:1:20-cv-356 |

### DECLARATION IN SUPPORT OF PROOF OF SERVICE

I, Harris K. Weiner, do declare and state upon oath as a follows:

1. I am counsel to the Plaintiffs in the above-referenced action.

2. On August 24, 2020 and August 25, 2020, I served Defendant ADESA, Inc. with a true copy of the First Amended Complaint in the above-referenced action by certified mail, return receipt requested.

3. A true copy of the return receipt cards are attached hereto as proof of service on ADESA, Inc., 13085 Hamilton Crossing Boulevard, Carmel, IN 46032 and ADESA, Inc., 11299 North Illinois Street, Carmel, IN 46032.

Signed upon oath under the pains and penalties of perjury.

*/s/ Harris K. Weiner*
Harris K. Weiner

1

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on September 3, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

/s/ Harris K. Weiner