**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOUTHERN AUTO SALES, INC
164 SOUTH MAIN ST
EAST WINDSOR, CT
            06088

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  VB Cov 19                     ☐ Agent
                                 ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

Liz Matteson                        8-26-20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail        ☐ Express Mail
   ☐ Registered            ☑ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7019 2970 0000 1644 0389

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540