## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br><br>Plaintiffs,<br><br>v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc., Defendants. | Civil Action No.:1:20-cv-356 |

### DECLARATION IN SUPPORT OF PROOF OF SERVICE

I, Harris K. Weiner, do declare and state upon oath as a follows:

1. I am counsel to the Plaintiffs in the above-referenced action.

2. On August 24, 2020, I served Defendant NextGear Capital, Inc. with a true copy of the First Amended Complaint in the above-referenced action by certified mail, return receipt requested.

3. A true copy of the return receipt cards are attached hereto as proof of service on NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN 46032 and NextGear Capital, Inc., 1179 North College Avenue, Carmel, IN 46032.

Signed upon oath under the pains and penalties of perjury.

_____
Harris K. Weiner

1

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on September 3, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

*/s/ Harris K. Weiner*