**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEXT GEAR CAPITAL, INC
1320 CITY CENTER DR.
SUITE 100
CARMEL, IN 46032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RICOH MAILROOM
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 2 4 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7019 2970 0000 1644 0402

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEXT GEAR CAPITAL, INC
1179 NORTH COLLEGE AVE
CARMEL, IN 46032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RICOH MAILROOM
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 2 4 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7019 2970 0000 1644 0419

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540