# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>　　　Plaintiffs,<br><br>　　　v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>　　　Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## NOTICE OF DISMISSAL OF DEFENDANT AUTOTEC, LLC

Now come Plaintiffs in the above-captioned action pursuant to Fed. R. Civ. P 41(a)(1)(A)(i) to voluntarily dismiss Defendant AUTOTEC, LLC d/b/a AUCTION ACCESS, LLC.

Dated: September 5, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**CT102 LLC d/b/a Metro Motors and H.**
　　　　　　　　　　　　　　　　　　　**Jeffrey Baker,**
　　　　　　　　　　　　　　　　　　　**Plaintiffs**

　　　　　　　　　　　　　　　　　　　*/s/ Harris K. Weiner*
　　　　　　　　　　　　　　　　　　　Harris K. Weiner (#3779)
　　　　　　　　　　　　　　　　　　　Salter, McGowan, Sylvia & Leonard, Inc.
　　　　　　　　　　　　　　　　　　　56 Exchange Terrace, Suite 500
　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　Office: (401) 274-0300
　　　　　　　　　　　　　　　　　　　Fax: (401) 453-0073
　　　　　　　　　　　　　　　　　　　hweiner@smsllaw.com

## CERTIFICATE OF SERVICE

    I, Harris K. Weiner, hereby certify that on September 5, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

*/s/ Harris K. Weiner*
