UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER | : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 1:20-cv-00356-MSM-PAS |
| | : |
| AUTOMOTIVE FINANCE CORPORATION d/b/a AFC, NEXTGEAR CAPITAL, INC., SOUTHERN AUTO SALES, INC., AUTOTEC, LLC d/b/a AUTOACCESS, LLC, MANHEIM, INC. and ADESA, Inc., | : : : : : |
| Defendants. | : |

## **STIPULATION**

The Plaintiffs and Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. ("Defendants") hereby agree that Defendants shall have up to and including October 15, 2020 to answer or otherwise respond to Plaintiffs' First Amended Complaint.

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER, | AUTOMOTIVE FINANCE CORPORATION d/b/a AFC and ADESA, Inc., |
| By their Attorneys, | By their Attorneys, |
| /s/ Harris K. Weiner | /s/ Joseph V. Cavanagh, III |
| Harris K. Weiner (#3779) Salter, McGowan, Sylvia & Leonard, Inc. 56 Exchange Terrace, Suite 500 Providence, RI 02903-1765 Tel: (401) 274-0300 Fax: (401) 453-0073 hweiner@smsllaw.com | Joseph V. Cavanagh, III (#6907) Blish & Cavanagh, LLP 30 Exchange Terrace Providence, RI 02903-1765 Tel: (401) 831-8900 Fax: (401) 751-7542 jvc3@blishcavlaw.com |