# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker     )<br>    *Plaintiffs,*     )<br>     )<br>vs.     )<br>     )<br>Automotive Finance Corporation d/b/a AFC; NextGear     )<br>Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC,     )<br>LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and     )<br>ADESA, Inc.,     )<br>    *Defendants.*     )  | C.A. No. 1:20-cv-356-MSM-PAS |

### ENTRY OF APPEARANCE OF KATHARINE E. KOHM, ESQ. FOR DEFENDANTS NEXTGEAR CAPITAL, INC. AND MANHEIM, INC.

Katharine E. Kohm, Esq. of the law firm, Pierce Atwood LLP, hereby enters her appearance in the above captioned matter for Defendants Nextgear Capital, Inc. and Manheim, Inc.

Respectfully submitted,

Dated: September 11, 2020

/s/ Katharine E. Kohm

Katharine E. Kohm (#8194)
PIERCE ATWOOD LLP
One Financial Plaza, Suite 2600
Providence, Rhode Island 02903
Tel: (401) 490-3407
kkohm@pierceatwood.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court on the 11th day of September and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means on the date this document was filed. All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

***Counsel for Plaintiffs (e-filing)***
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

***Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)***
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Office: (401) 831-8900
Fax: (401) 490-7640
jvc3@blishcavlaw.com

***Defendant Southern Auto Sales, Inc. d/b/a Southern Auto Auction (U.S. Mail)***
164 South Main Street
East Windsor, CT 06088

***Defendant AUTOTEC, LLC d/b/a AUTOACCESS, LLC (U.S. Mail)***
2200 Woodcrest Place, Suite 120,
Birmingham, AL 35209

　　　　　　　　　　　　　　　　　　　　　/s/ Katharine E. Kohm