# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT 102 LLC d/b/a Metro Motors and H. Jeffrey Baker, <br><br> Plaintiffs, <br><br> v. <br><br> Automotive Finance Corporation d/b/a AFC, NextGear Capital, Inc., Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC, Manheim, Inc. and ADESA, Inc. <br><br> Defendants. | Civil Action No. 1:20-cv-356 |

## ENTRY OF APPEARANCE

Brooks R. Magratten of Pierce Atwood LLP enters his appearance for the Defendant Southern Auto Sales, Inc.

September 11, 2020

                                                                                          Respectfully Submitted,

                                                                                          */s/ Brooks R. Magratten*  
                                                                                           Brooks R. Magratten, (#3585)  
Pierce Atwood, LLP  
One Financial Plaza, 26th Floor  
Providence, RI  02903  
(401) 490-3422  
(401) 588-5166 (fax)  
bmagratten@pierceatwood.com

*Attorneys for Defendants*

12354769.1

## **CERTIFICATE OF SERVICE**

      I certify that the within document was electronically filed with the clerk of the court on September 11, 2020, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on the following counsel of record:

Harris K. Weiner
Salter McGowan Sylvia &
Leonard, Inc.
56 Exchange Terrace
Providence, RI 02903

Joseph V. Cavanagh, III
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

                                    */s/ Brooks R. Magratten*