UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT 102 LLC d/b/a Metro Motors and H. Jeffrey Baker,<br><br>Plaintiffs,<br><br>v.<br><br>Automotive Finance Corporation d/b/a AFC, NextGear Capital, Inc., Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC, Manheim, Inc. and ADESA, Inc.<br><br>Defendants. | Civil Action No. 1:20-cv-356 |

## STIPULATION

Plaintiffs and Defendant Southern Auto Sales, Inc. agree that the Defendant Southern Auto Sales, Inc. may have up to and including October 2, 2020 to respond to the First Amended Complaint (ECF No. 4).

September 11, 2020

                                                                              Respectfully Submitted,

| | |
|---|---|
| */s/ Harris K. Weiner*<br>Harris K. Weiner, Esq., #3779<br>Salter, McGowan, Sylvia & Leonard<br>56 Exchange Street<br>Providence, RI 02903<br>(401) 274-0300<br>(401) 453-0073 Fax<br>hweiner@smsllaw.com<br><br>*Counsel for Plaintiffs* | */s/ Brooks R. Magratten*<br>Brooks R. Magratten, Esq., #3585<br>Pierce Atwood, LLP<br>One Financial Plaza, 26th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166 Fax<br>bmagratten@pierceatwood.com<br><br>and |

1

12358983.1

        Jill M. O'Toole (*pro hac vice motion forthcoming*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5909
(860) 251-5918 Fax
jotoole@goodwin.com

*Counsel for Defendant Southern Auto Sales, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on September 11, 2020, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on the following counsel of record:

Harris K. Weiner
Salter McGowan Sylvia &
Leonard, Inc.
56 Exchange Terrace
Providence, RI 02903

Joseph V. Cavanagh, III
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

/s/ Brooks R. Magratten

12358983.1