# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>　　　Plaintiffs,<br><br>　　　v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>　　　Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## NOTICE OF DISMISSAL OF DEFENDANT SOUTHERN AUTO SALES, INC.

Now come Plaintiffs in the above-captioned action pursuant to Fed. R. Civ. P 41(a)(1)(A)(i) to voluntarily dismiss Defendant Southern Auto Sales, Inc.

Dated: September 23, 2020　　　　　Respectfully submitted,

**CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,**
**Plaintiffs**

*/s/ Harris K. Weiner*
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

## CERTIFICATE OF SERVICE

  I, Harris K. Weiner, hereby certify that on September 23, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

                        */s/ Harris K. Weiner*

2