IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker )<br>    *Plaintiffs,* )<br>)<br>vs. )<br>)<br>Automotive Finance Corporation d/b/a AFC; NextGear )<br>Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, )<br>LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and )<br>ADESA, Inc., )<br>    *Defendants.* ) | C.A. No. 1:20-cv-356-MSM-PAS |

**STIPULATION TO EXTEND TIME
FOR DEFENDANTS NEXTGEAR CAPITAL, INC. AND MANHEIM, INC.
TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

Plaintiffs and Defendants Manheim, Inc. and NextGear Capital, Inc. hereby agree and stipulate that the Defendants Manheim, Inc. and NextGear Capital, Inc. may have up to and including Friday, October 23, 2020 to respond to Plaintiffs' First Amended Complaint [Doc. 4].

| | |
|---|---|
| **PLAINTIFFS CT102 LLC D/B/A METRO MOTORS AND H. JEFFREY BAKER,**<br>by their counsel, | **DEFENDANTS NEXTGEAR CAPITAL, INC. and MANHEIM, INC.**<br>by their counsel, |
| */s/ Harris K. Weiner*<br>Harris K. Weiner, Esq. (#3779)<br>Salter, McGowan, Sylvia & Leonard<br>56 Exchange Street<br>Providence, RI 02903<br>(401) 274-0300<br>hweiner@smsllaw.com | */s/ Katharine E. Kohm*<br>Katharine E. Kohm, Esq. (#8194)<br>PIERCE ATWOOD LLP<br>One Financial Plaza, Suite 2600<br>Providence, Rhode Island 02903<br>Tel: (401) 588-5113<br>kkohm@pierceatwood.com |

1

11503339.1

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court on the 9th day of October and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means on the date this document was filed. All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

**_Counsel for Plaintiffs (e-filing)_**
Harris K. Weiner
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

**_Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)_**
Joseph V. Cavanagh , III
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Office: (401) 831-8900
Fax: (401) 490-7640
jvc3@blishcavlaw.com

**_Defendant Southern Auto Sales, Inc. d/b/a Southern Auto Auction (e-filing)_**
Brooks R. Magratten
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 Fax
bmagratten@pierceatwood.com

**_Defendant AUTOTEC, LLC d/b/a AUTOACCESS, LLC (U.S. Mail)_**
2200 Woodcrest Place, Suite 120,
Birmingham, AL 35209

                                                               */s/ Katharine E. Kohm*

11503339.1