UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker )<br><br>Plaintiffs )<br><br>vs. )<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc.; And ADESA, Inc. )<br><br>Defendants. ) | Civil Action No.: 120-cv-356-MSM-PAS |

**CORPORATE DISCLOSURE STATEMENT OF**
**AUTOMOTIVE FINANCE CORPORATION AND ADESA, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants, Automotive Finance Corporation d/b/a AFC ("AFC") and ADESA, Inc. ("ADESA"), by counsel, hereby submit their Corporate Disclosure Statement and state as follows:

1. AFC is an Indiana corporation and a wholly owned subsidiary of ADESA Dealer Services, LLC, an Indiana limited liability company.

2. ADESA Dealer Services, LLC is a wholly owned subsidiary of ADESA, a Delaware corporation.

3. ADESA is a wholly owned subsidiary of KAR Auction Services Inc. ("KAR"), a Delaware corporation.

4. KAR is publicly traded on the New York Stock Exchange under the ticker symbol KAR.

Respectfully submitted,

/s/ *Joseph V. Cavanagh, III*
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel: (401) 831-8900
Fax: (401) 751-7542
jvc3@blishcavlaw.com


Reynold T. Berry, Esq.
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St.
Suite 1400
Indianapolis, IN 46204
317/860-2922 (Direct)
317/453-8622 (Fax)
rberry@rubin-levin.net

*Attorneys for Automotive Finance Corporation d/b/a AFC and ADESA, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 14, 2020, I caused a true copy of the foregoing document to be filed using the CM/ECF System and it is available for viewing and downloading by all counsel of record as follows:

Harris K. Weiner
Salter McGowan Sylvia & Leonard, Inc.
56 Exchange Terrace
Providence, RI 02903
401-274-0300
Fax: 401-453-0073
hweiner@smsllaw.com

Katharine E. Kohm
Pierce Atwood LLP
One Financial Plaza
26th Floor
Providence, RI 02903
(401) 490-3429
Fax: 401-588-5166
kkohm@pierceatwood.com

                /s/ *Joseph V. Cavanagh, III*