UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER,<br><br>      Plaintiffs,<br><br>    v.<br><br>AUTOMOTIVE FINANCE CORPORATION d/b/a AFC; NEXTGEAR CAPITAL, INC.; MANHEIM, INC.; and ADESA, INC.,<br><br>      Defendants. | CASE NO. 1:20-CV-00356-MSM-PAS |

**NOTICE OF RELATED ACTIONS OR PROCEEDINGS
OF DEFENDANT AUTOMOTIVE FINANCE CORPORATION D/B/A AFC**

Defendant Automotive Finance Corporation d/b/a AFC ("AFC"), by counsel, and pursuant to Local Rule Civil 9.1, hereby submits its *Notice of Related Actions or Proceedings* and provides the Court notice of the following pending action:

> *Automotive Finance Corporation d/b/a AFC Automotive Finance Corporation d/b/a AFC v. CT102 LLC d/b/a Metro Motors and Herman Jeffrey Baker a/k/a H. Jeffrey Baker a/k/a Herman H. Baker a/k/a H J Baker a/k/a Jeffrey Baker a/k/a Jeff Baker*, Cause No. 49D06-1812-CC-047850, pending in the Marion Superior Court, Civil Division 06, Marion County, Indiana (collectively, the "Indiana Litigation").

The Indiana Litigation involves claims of breach of contract, breach of a guaranty, fraud, conversion, and accompanying treble damages under Indiana law arising from and related to the Plaintiffs' execution of, and default under, a *Demand Promissory Note and Security Agreement* and *Unconditional and Continuing Guaranty* dated October 3, 2017. AFC initiated the Indiana Litigation by the filing of its *Complaint* on December 3, 2018 and a trial on the merits is presently scheduled for January 5-6, 2021.

2

Respectfully submitted,

/s/ *Joseph V. Cavanagh, III*
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel: (401) 831-8900
Fax: (401) 751-7542
jvc3@blishcavlaw.com


Reynold T. Berry, Esq.
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St.
Suite 1400
Indianapolis, IN 46204
317/860-2922 (Direct)
317/453-8622 (Fax)
rberry@rubin-levin.net

*Attorneys for Automotive Finance Corporation d/b/a AFC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2020, I caused a true copy of the foregoing document to be filed using the CM/ECF System and it is available for viewing and downloading by all counsel of record as follows:

Harris K. Weiner
Salter McGowan Sylvia & Leonard, Inc.
56 Exchange Terrace
Providence, RI 02903
401-274-0300
Fax: 401-453-0073
hweiner@smsllaw.com

Katharine E. Kohm
Pierce Atwood LLP
One Financial Plaza
26th Floor
Providence, RI 02903
(401) 490-3429
Fax: 401-588-5166
kkohm@pierceatwood.com

                                              /s/ *Joseph V. Cavanagh, III*