# Exhibit C

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## AUTOMOTIVE FINANCE CORPORATION v. CT102 LLC dba METRO MOTORS, HERMAN BAKER

| | |
|---|---|
| Case Number | 49D06-1812-CC-047850 |
| Court | Marion Superior Court, Civil Division 6 |
| Type | CC - Civil Collection |
| Filed | 12/03/2018 |
| Status | 12/03/2018 , Pending  (active) |

## Parties to the Case

**Defendant**   CT102 LLC dba METRO MOTORS

<u>Attorney</u>
Julie Ann Camden
*#2678949, Retained*

CAMDEN & MERIDEW PC
10412 Allisonville Road
Suite 200
Fishers, IN 46038
317-770-0000(W)

**Defendant**   BAKER, HERMAN JEFFREY

<u>Attorney</u>
Julie Ann Camden
*#2678949, Retained*

CAMDEN & MERIDEW PC
10412 Allisonville Road
Suite 200
Fishers, IN 46038
317-770-0000(W)

**Plaintiff**   AUTOMOTIVE FINANCE CORPORATION

<u>Attorney</u>
Christine Hayes Hickey
*#1737549, Lead, Retained*

RUBIN & LEVIN PC
135 N Pennsylvania St Ste 1400
Indianapolis, IN 46204
317-634-0300(W)

<u>Attorney</u>
Cassandra A Nielsen
*#3144049, Retained*

Rubin & Levin, P. C.
135 N. Pennsylvania Street
Suite 1400
Indianapolis, IN 46204
317-634-0300(W)

## Chronological Case Summary

| | |
|---|---|
| 12/03/2018 | **Case Opened as a New Filing** |

| | | |
|---|---|---|
| 12/04/2018 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 12/03/2018 |

| | | |
|---|---|---|
| 12/04/2018 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 12/03/2018 |

| | | |
|---|---|---|
| 12/04/2018 | **Subpoena/Summons Filed** | |
| | Metro Summons 1 | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 12/03/2018 |

| | | |
|---|---|---|
| 12/04/2018 | **Subpoena/Summons Filed** | |
| | Metro Summons 2 | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 12/03/2018 |

| | | |
|---|---|---|
| 12/04/2018 | **Subpoena/Summons Filed** | |
| | Baker Summons | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 12/03/2018 |

| | | |
|---|---|---|
| 12/05/2018 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance of Certified Mail Service | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 12/05/2018 |

| | | |
|---|---|---|
| 12/17/2018 | **Appearance Filed** | |
| | Appearance by Attorneys in Civil Case | |
| | For Party: | CT102 LLC dba METRO MOTORS |
| | For Party: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 12/17/2018 |

| | | |
|---|---|---|
| 12/18/2018 | **Certified Mail Returned** | |
| | Green Card - #1 | |
| | Party Served: | CT102 LLC dba METRO MOTORS |
| | Date Signed: | 12/11/2018 |

| | | |
|---|---|---|
| 12/27/2018 | **Answer Filed** | |
| | Answer and Affirmative Defenses | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 12/27/2018 |

| | | |
|---|---|---|
| 01/22/2019 | **Certified Mail Returned** | |
| | SUMMONS. RETURN TO SENDER, UNCLAIMED, UNABLE TO FORWARD. | |
| | Party Served: | CT102 LLC dba METRO MOTORS |
| | Party Served: | BAKER, HERMAN JEFFREY |
| 01/28/2019 | **Certified Mail Returned** | |
| | SUMMONS. RETURN TO SENDER, ATTEMPTED-NOT KNOWN, UNABLE TO FORWARD. | |
| | Party Served: | BAKER, HERMAN JEFFREY |
| 02/08/2019 | **Motion for Summary Judgment Filed** | |
| | PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DESIGNATION OF EVIDENTIARY MATTERS | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 02/07/2019 |
| 02/08/2019 | **Affidavit in Support of Attorney fees** | |
| | AFFIDAVIT FOR ATTORNEY FEEES | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Date: | 02/07/2019 |
| 02/08/2019 | **Affidavit Filed** | |
| | AFFIDAVIT | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Date: | 02/07/2019 |
| 02/08/2019 | **Memorandum/Brief Filed** | |
| | MEMORANDUM IN SUPPORT OF PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 02/07/2019 |
| 02/14/2019 | **Response Filed** | |
| | Defendants' Response to Plaintiff's Motion for Summary Judgment | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 02/14/2019 |
| 02/14/2019 | **TR56 Evidence Designation Filed** | |
| | Designation of Materials in Response to Motion for Summary Judgment | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 02/14/2019 |
| 02/21/2019 | **Motion for Hearing Filed** | |
| | MOTION FOR HEARING DATE | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 02/21/2019 |
| 02/27/2019 | **Order Denying Motion for Summary Judgment** | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 02/27/2019 |
| 02/28/2019 | **Automated ENotice Issued to Parties** | |
| | Order Denying Motion for Summary Judgment ---- 2/27/2019 : Christine Hayes Hickey;Julie Ann Camden | |

| 03/06/2019 | Order Set for Hearing | |
|---|---|---|
| | Mtn to Reconsider | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 03/06/2019 |

| 03/06/2019 | Hearing Scheduling Activity |
|---|---|
| | Hearing on Motion to Reconsider scheduled for 04/10/2019 at 10:00 AM. |

| 03/07/2019 | Automated ENotice Issued to Parties |
|---|---|
| | Order Set for Hearing ---- 3/6/2019 : Christine Hayes Hickey;Julie Ann Camden Hearing Scheduling Activity ---- 3/6/2019 : Christine Hayes Hickey;Julie Ann Camden |

| 03/07/2019 | Appearance Filed | |
|---|---|---|
| | E-filing Appearance by Attorney in Civil Case | |
| | For Party: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 03/07/2019 |

| 04/02/2019 | Notice Filed | |
|---|---|---|
| | Notice of Filing Supplemental Affidavits and Designation | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 04/02/2019 |

| 04/10/2019 | Hearing on Motion to Reconsider | |
|---|---|---|
| | Session: | |
| | | 04/10/2019 10:00 AM, Judicial Officer: Eisgruber, Kurt |
| | Comment: | reconsider 2/27 Order |
| | Result: | Commenced and concluded |

| 04/10/2019 | Appearance Filed | |
|---|---|---|
| | Appearance | |
| | For Party: | CT102 LLC dba METRO MOTORS |
| | For Party: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 04/09/2019 |

| 04/10/2019 | Hearing Journal Entry | |
|---|---|---|
| | Plt b/c Curt Hockbein. Def b/c Matt Kestian. Argument heard. Court takes matter u/a. | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 04/10/2019 |

| 05/01/2019 | Order Denying Motion for Summary Judgment | |
|---|---|---|
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 05/01/2019 |

| 05/02/2019 | Automated ENotice Issued to Parties |
|---|---|
| | Order Denying Motion for Summary Judgment ---- 5/1/2019 : Christine Hayes Hickey;Curt D Hochbein;Julie Ann Camden;Matthew R Kestian |

| 06/28/2019 | Motion to Withdraw Appearance Filed | |
|---|---|---|
| | Motion to Withdraw Appearance of Matthew R. Kestian Only | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 06/28/2019 |

| | | |
|---|---|---|
| 06/28/2019 | **Order Granting Motion to Withdraw Appearance** | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 06/28/2019 |

| | | |
|---|---|---|
| 06/29/2019 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion to Withdraw Appearance ---- 6/28/2019 : Christine Hayes Hickey;Curt D Hochbein;Julie Ann Camden | |

| | | |
|---|---|---|
| 10/09/2019 | **Appearance Filed** | |
| | E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE | |
| | For Party: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 10/09/2019 |

| | | |
|---|---|---|
| 10/09/2019 | **Motion to Withdraw Appearance Filed** | |
| | MOTION TO WITHDRAW APPEARANCE | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 10/09/2019 |

| | | |
|---|---|---|
| 10/09/2019 | **Order Granting Motion to Withdraw Appearance** | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 10/09/2019 |

| | | |
|---|---|---|
| 10/10/2019 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion to Withdraw Appearance ---- 10/9/2019 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden | |

| | | |
|---|---|---|
| 11/19/2019 | **Motion Filed** | |
| | MOTION FOR ENTRY OF PROPOSED JOINT CASE MANAGEMENT ORDER | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 11/19/2019 |

| | | |
|---|---|---|
| 11/22/2019 | **Case Management Plan** | |
| | and telephonic hearing set | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 11/22/2019 |

| | | |
|---|---|---|
| 11/22/2019 | **Hearing Scheduling Activity** | |
| | Telephonic Attorney Conference scheduled for 01/16/2020 at 11:00 AM. | |

| | | |
|---|---|---|
| 11/23/2019 | **Automated ENotice Issued to Parties** | |
| | Case Management Plan ---- 11/22/2019 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 11/22/2019 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden | |

| | | |
|---|---|---|
| 11/25/2019 | **Witness and/or Exhibit List Filed** | |
| | Defendants' Preliminary witness and exhibit list | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 11/25/2019 |

| | | |
|---|---|---|
| 01/16/2020 | **Telephonic Attorney Conference** | |
| | Session: | |
| | 01/16/2020 11:00 AM, Judicial Officer: Eisgruber, Kurt | |
| | Result: | Commenced and concluded |
| 01/16/2020 | **Hearing Journal Entry** | |
| | Telephonic hearinh held via conference call in Judge's chamber. | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 01/16/2020 |
| 01/16/2020 | **Hearing Journal Entry** | |
| | Parties will conduct mediation | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 01/16/2020 |
| 01/16/2020 | **Hearing Journal Entry** | |
| | Defendant to initiate telephonic conference call | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 01/16/2020 |
| 01/16/2020 | **Hearing Journal Entry** | |
| | Parties agree to dates. | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 01/16/2020 |
| 01/16/2020 | **Hearing Scheduling Activity** | |
| | Telephonic Attorney Conference scheduled for 08/06/2020 at 2:00 PM. | |
| 01/17/2020 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 1/16/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden | |
| 01/17/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial scheduled for 09/21/2020 at 9:30 AM. | |
| 01/17/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial scheduled for 09/22/2020 at 9:30 AM. | |
| 01/18/2020 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 1/17/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 1/17/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden | |
| 04/30/2020 | **Mediation Status Report Filed** | |
| | Report of Mediation | |
| | Filed By: | Bemenderfer, Neil |
| | File Stamp: | 04/29/2020 |
| 05/08/2020 | **Witness and/or Exhibit List Filed** | |
| | Final witness and exhibit list pursuant to CMP | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 05/08/2020 |

| | | |
|---|---|---|
| 05/08/2020 | **Witness and/or Exhibit List Filed** | |
| | PLAINTIFF S FINAL WITNESS AND EXHIBIT LIST | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 05/08/2020 |
| 05/08/2020 | **Witness and/or Exhibit List Filed** | |
| | Amended Defendants' Final Witness And Exhibit List | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 05/08/2020 |
| 08/06/2020 | **Telephonic Attorney Conference** | |
| | Session: | |
| | | 08/06/2020 2:00 PM, Judicial Officer: Eisgruber, Kurt |
| | Result: | Commenced and concluded |
| 08/06/2020 | **Hearing Journal Entry** | |
| | Telephonic hearing held via conference call in Judge's chamber. | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 08/06/2020 |
| 08/06/2020 | **Hearing Journal Entry** | |
| | Parties are ready to go with Bench Trial on 9/21/20. | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 08/06/2020 |
| 08/06/2020 | **Hearing Journal Entry** | |
| | Parties may submit Bench Briefs by 9/11/20, Parties to submit list of stipulations by 9/11/20. | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Hearing Date: | 08/06/2020 |
| 08/19/2020 | **Motion for Continuance Filed** | |
| | Motion to Continue Trial set for September 21, 2020 and September 22, 2020 | |
| | Filed By: | CT102 LLC dba METRO MOTORS |
| | Filed By: | BAKER, HERMAN JEFFREY |
| | File Stamp: | 08/18/2020 |
| 08/24/2020 | **Order Granting Motion for Continuance** | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 08/24/2020 |
| 08/24/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial originally scheduled on 09/21/2020 at 9:30 AM was rescheduled to 10/05/2020 at 9:00 AM. Reason: By Request. | |
| 08/24/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial scheduled for 09/22/2020 at 9:30 AM was cancelled. Reason: . | |
| 08/24/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial scheduled for 10/06/2020 at 9:00 AM. | |

| Date | Event | |
|---|---|---|
| 08/25/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Continuance ---- 8/24/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 8/24/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 8/24/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 8/24/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden | |
| 09/04/2020 | **Motion Filed** | |
| | MOTION TO PERMIT REMOTE TESTIMONY FOR TRIAL WITNESSES | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 09/03/2020 |
| 09/04/2020 | **Notice Issued** | |
| | Under Advisement, Court will allow only if opposing party agrees to remote testimony. Otherwise remedy will be a continuance. | |
| 09/05/2020 | **Automated ENotice Issued to Parties** | |
| | Notice Issued ---- 9/4/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden | |
| 09/09/2020 | **Motion for Continuance Filed** | |
| | UNOPPOSED MOTION TO CONTINUE TRIAL | |
| | Filed By: | AUTOMOTIVE FINANCE CORPORATION |
| | File Stamp: | 09/09/2020 |
| 09/11/2020 | **Order Granting Motion for Continuance** | |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 09/11/2020 |
| 09/11/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial originally scheduled on 10/05/2020 at 9:00 AM was rescheduled to 01/05/2021 at 9:00 AM. Reason: By Request. | |
| 09/11/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial scheduled for 10/06/2020 at 9:00 AM was cancelled. Reason: . | |
| 09/11/2020 | **Hearing Scheduling Activity** | |
| | Bench Trial scheduled for 01/06/2021 at 9:00 AM. | |
| 09/12/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Continuance ---- 9/11/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 9/11/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 9/11/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden Hearing Scheduling Activity ---- 9/11/2020 : Christine Hayes Hickey;Cassandra A Nielsen;Julie Ann Camden | |

| 01/05/2021 | **Bench Trial** | |
|---|---|---|
| | Session: | |
| | | 09/21/2020 9:30 AM, Rescheduled |
| | Session: | |
| | | 09/22/2020 9:30 AM, Cancelled |
| | Session: | |
| | | 10/05/2020 9:00 AM, Rescheduled |
| | Session: | |
| | | 10/06/2020 9:00 AM, Cancelled |
| | Session: | |
| | | 01/05/2021 9:00 AM, Judicial Officer: Eisgruber, Kurt |
| | Session: | |
| | | 01/06/2021 9:00 AM, Judicial Officer: Eisgruber, Kurt |
| | Comment: | 2 day trial |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### AUTOMOTIVE FINANCE CORPORATION
Plaintiff

**Balance Due** (as of 10/08/2020)

0.00

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/04/2018 | Transaction Assessment | 157.00 |
| 12/04/2018 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.