# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOMOTIVE FINANCE CORPORATION d/b/a AFC; NEXTGEAR CAPITAL, INC.; MANHEIM, INC.; and ADESA, INC., <br><br> Defendants. | CASE NO. 1:20-CV-00356 |

**DECLARATION OF MICHAEL CAGGIANO IN SUPPORT OF MOTION TO DISMISS**

I, Michael Caggiano, being first duly sworn upon oath, state that I am over the age of 18, have personal knowledge of the information contained herein, and am competent to testify to the following facts:

1. I am the Executive Vice President of U.S. Operations of ADESA, Inc. ("**ADESA**").

2. ADESA is incorporated in the State of Delaware and its registered agent is in Wilmington, Delaware.

3. ADESA maintains its headquarters and principal place of business in Carmel, Indiana.

4. ADESA is not registered to transact business in the State of Rhode Island.

5. ADESA does not maintain any Rhode Island business license.

6. ADESA does not own any property, maintain any office, or maintain any mailing address or post office box in the State of Rhode Island.

7. ADESA does not maintain any bank or other form of account in the State of Rhode Island.

I affirm under the penalties of perjury that the foregoing representations of fact are true.

FURTHER DECLARANT SAITH NOT.

*Michael Caggiano*

Michael Caggiano, Executive Vice President of U.S. Operations