# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>   Plaintiffs,<br><br>  v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>   Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

Plaintiffs, CT102, LLC and H. Jeffrey Baker, hereby request up to and including November 13, 2020 to respond to the Motion to Dismiss filed by Defendants Automotive Finance Corporation and ADESA, Inc.  The current deadline is October 28, 2020.  Plaintiffs require this additional time to address the multiple legal theories raised by the Defendants.  Defendants Automotive Finance Corporation and ADESA, Inc. do not object to this extension.

Dated: October 21, 2020      Respectfully submitted,

                **CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,**
                **Plaintiffs**

*/s/ Harris K. Weiner*
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on October 21, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

*/s/ Harris K. Weiner*
