# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>　　　Plaintiffs,<br><br>vs.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>　　　Defendants. | C.A. No. 1:20-cv-356-MSM-PAS |

## DEFENDANT MANHEIM REMARKETING, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Manheim Remarketing, Inc. hereby discloses that Manheim Remarketing, Inc. is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a wholly-owned subsidiary of Cox Enterprises, Inc.  No publicly held company or investment fund owns 10% or more of Manheim Remarketing, Inc.'s stock.

|  |  |
|---|---|
| | Respectfully submitted,<br>**DEFENDANT**<br>**MANHEIM REMARKETING, INC.**<br>by its counsel, |
| Dated:  October 23, 2020 | /s/ Katharine E. Kohm<br>Katharine E. Kohm (#8194)<br>PIERCE ATWOOD LLP<br>One Financial Plaza, Suite 2600<br>Providence, Rhode Island 02903<br>Tel: (401) 588-5113<br>kkohm@pierceatwood.com<br><br>Additional Counsel:<br>(*pro hac vice motion to be filed*)<br>David J. Jurkiewicz, Esq.<br>BOSE MCKINNEY & EVANS LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, Indiana 46204<br>DJurkiewicz@boselaw.com |

3947022

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court on the 23rd day of October and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means on the date this document was filed. All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

**_Counsel for Plaintiffs (e-filing)_**
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

**_Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)_**
Joseph V. Cavanagh , III
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Office: (401) 831-8900
Fax: (401) 490-7640
jvc3@blishcavlaw.com

/s/ Katharine E. Kohm

3947022