IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker )<br>    *Plaintiffs,* )<br>)<br>vs. )<br>)<br>Automotive Finance Corporation d/b/a AFC; NextGear )<br>Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, )<br>LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and )<br>ADESA, Inc., )<br>    *Defendants.* ) | C.A. No. 1:20-cv-356-MSM-PAS |

### DEFENDANTS NEXTGEAR CAPITAL, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant NextGear Capital, Inc. hereby discloses that NextGear Capital, Inc. is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc. No publicly held company or investment fund owns 10% or more of NextGear Capital, Inc.'s stock.

                                            Respectfully submitted,
                                            **DEFENDANT**
                                            **NEXTGEAR CAPITAL, INC.**
                                            by its counsel,

Dated: October 23, 2020                /s/ Katharine E. Kohm
                                            Katharine E. Kohm (#8194)
                                            PIERCE ATWOOD LLP
                                            One Financial Plaza, Suite 2600
                                            Providence, Rhode Island 02903
                                            Tel: (401) 588-5113
                                            kkohm@pierceatwood.com

                                            Additional Counsel:
                                            (*pro hac vice motion to be filed*)
                                            David J. Jurkiewicz, Esq.
                                            BOSE MCKINNEY & EVANS LLP
                                            111 Monument Circle, Suite 2700
                                            Indianapolis, Indiana 46204
                                            DJurkiewicz@boselaw.com

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was electronically filed with the Clerk of the Court on the 23rd day of October and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means on the date this document was filed. All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

***Counsel for Plaintiffs (e-filing)***
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

***Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)***
Joseph V. Cavanagh, III
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Office: (401) 831-8900
Fax: (401) 490-7640
jvc3@blishcavlaw.com

                                                                                          /s/ Katharine E. Kohm