# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br><br>    Plaintiffs,<br><br>v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>    Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## STIPULATION TO EXTEND TIME FOR PLAINTIFFS CT102, LLC AND H. JEFFREY BAKER TO RESPOND TO DEFENDANTS NEXTGEAR CAPITAL, INC. AND MANHEIM, INC.'S MOTION TO DISMISS

The Plaintiffs and Defendants NextGear Capital, Inc. and Manheim, Inc. hereby agree and stipulate that the Plaintiffs may have up to and including November 30, 2020 to respond to the Motions to Dismiss [Doc. 26 and Doc. 28] filed by these Defendants.

Respectfully submitted,

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,<br>Plaintiffs | NextGear Capital, Inc. and Manheim, Inc. Defendants, |
| */s/ Harris K. Weiner*<br>Harris K. Weiner (#3779)<br>Salter, McGowan, Sylvia & Leonard, Inc.<br>56 Exchange Terrace, Suite 500<br>Providence, RI 02903<br>Office: (401) 274-0300<br>Fax: (401) 453-0073<br>hweiner@smsllaw.com | */s/ Katharine E. Kohm*<br> Katharine E. Kohm (#8194)<br>PIERCE ATWOOD LLP<br>One Financial Plaza, Suite 2600<br>Providence, Rhode Island 02903<br>Tel: (401) 588-5113<br>kkohm@pierceatwood.com |

1

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on October 28, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

*/s/ Harris K. Weiner*