# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>　　　　Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## OPPOSITION OF PLAINTIFFS CT102, LLC AND H. JEFFREY BAKER TO DEFENDANTS AUTOMOTIVE FINANCE CORPORATION D/B/A AFC AND ADESA, INC.'S MOTION TO DISMISS

Now come Plaintiffs, CT102, LLC d/b/a Metro Motors and H. Jeffrey Baker to oppose the Motion to Dismiss of Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. for the reasons set forth in the accompanying Memorandum of Law in Support of Opposition of Plaintiffs to this Motion to Dismiss under Rules 12(b)(2) and 12(b)(6).

Dated: November 13, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,**
　　　　　　　　　　　　　　　　　　**Plaintiffs**

          */s/ Harris K. Weiner*
          Harris K. Weiner (#3779)
          Salter, McGowan, Sylvia & Leonard, Inc.
          56 Exchange Terrace, Suite 500
          Providence, RI 02903
          Office: (401) 274-0300
          Fax: (401) 453-0073
          hweiner@smsllaw.com

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on November 13, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

          */s/ Harris K. Weiner*