# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br><br>      Plaintiffs,<br><br>    v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br><br>      Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

**PLAINTIFFS' OPPOSITION TO DEFENDANT NEXTGEAR CAPITAL, INC'S AND DEFENDANT MANHEIM REMARKETING, INC.'S MOTIONS TO DISMISS**

    Now come Plaintiffs, CT102, LLC d/b/a Metro Motors and H. Jeffrey Baker to oppose both Motions to Dismiss filed separately by Defendant NextGear Capital, Inc. and Defendant Manheim Remarketing, Inc. for the reasons set forth in the accompanying Memorandum of Law.

Dated: November 30, 2020                  Respectfully submitted,

                                                 **CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,**
                                                 **Plaintiffs**

>*/s/ Harris K. Weiner*
>Harris K. Weiner (#3779)
>Salter, McGowan, Sylvia & Leonard, Inc.
>56 Exchange Terrace, Suite 500
>Providence, RI 02903
>Office: (401) 274-0300
>Fax: (401) 453-0073
>hweiner@smsllaw.com

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on November 30, 2020 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

>*/s/ Harris K. Weiner*