UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER,<br><br>            Plaintiffs,<br><br>      v.<br><br>AUTOMOTIVE FINANCE CORPORATION d/b/a AFC; NEXTGEAR CAPITAL, INC.; MANHEIM, INC.; and ADESA, INC.,<br><br>            Defendants. | C.A. No. 1:20-cv-00356 |

**SUPPLEMENTAL NOTICE OF RELATED ACTIONS OR PROCEEDINGS
OF DEFENDANT AUTOMOTIVE FINANCE CORPORATION D/B/A AFC**

Defendant Automotive Finance Corporation d/b/a AFC ("AFC"), by counsel, and pursuant to Local Rule Civil 9.1, hereby submits its *Supplemental Notice of Related Actions or Proceedings* and further states as follows:

1. On October 14, 2020, AFC filed its Notice of Related Actions or Proceedings of Defendant Automotive Finance Corporation d/b/a *AFC* [Doc 22] (the "Original Notice"), providing the Court notice of pending litigation entitled *Automotive Finance Corporation d/b/a AFC Automotive Finance Corporation d/b/a AFC v. CT102 LLC d/b/a Metro Motors and Herman Jeffrey Baker a/k/a H. Jeffrey Baker a/k/a Herman H. Baker a/k/a H J Baker a/k/a Jeffrey Baker a/k/a Jeff Baker*, Cause No. 49D06-1812-CC-047850, in the Marion Superior Court, Civil Division 06, Marion County, Indiana (collectively, the "Indiana Litigation").

2. The Indiana Litigation involved AFC's claims of breach of contract, breach of a guaranty, fraud, conversion, and accompanying treble damages under Indiana law arising from and related to the Plaintiffs' execution of, and default under, a Demand Promissory Note and

Security Agreement and Unconditional and Continuing Guaranty dated October 3, 2017—the very documents and transactions at issue in this matter.

      3.      Since the filing of the Original Notice, a trial on the merits of the Indiana Litigation was held on January 5-6, 2021 at which AFC prevailed on all counts. A true and correct copy of the Court's Order on Bench Trial in the Indiana Litigation is attached hereto and incorporated herein as Exhibit 1.

Respectfully submitted,

/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel: (401) 831-8900
Fax: (401) 751-7542
jvc3@blishcavlaw.com

*Attorneys for Automotive Finance Corporation d/b/a AFC*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 1, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Harris K. Weiner  
Salter McGowan Sylvia & Leonard, Inc.  
56 Exchange Terrace  
Providence, RI 02903  
401-274-0300  
Fax: 401-453-0073  
Email: <u>hweiner@smsllaw.com</u>

Katharine E. Kohm  
Pierce Atwood LLP  
One Financial Plaza  
26th Floor  
Providence, RI 02903  
(401) 490-3429  
Fax: 401-588-5166  
Email: <u>kkohm@pierceatwood.com</u>

                                        <u>/s/ Joseph V. Cavanagh, III</u>