UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUTOMOTIVE FINANCE CORPORATION d/b/a AFC; NEXTGEAR CAPITAL, INC.; MANHEIM, INC.; and ADESA, INC.,<br><br>    Defendants. | C.A. No. 1:20-CV-00356-MSM-PAS |

**SECOND SUPPLEMENTAL NOTICE
OF RELATED ACTIONS OR PROCEEDINGS OF
<u>DEFENDANT AUTOMOTIVE FINANCE CORPORATION D/B/A AFC</u>**

Defendant Automotive Finance Corporation d/b/a AFC ("AFC"), by counsel, and pursuant to Local Rule Civil 9.1, hereby submits its Second Supplemental Notice of Related Actions or Proceedings and further states as follows:

1. On October 14, 2020, AFC filed its *Notice of Related Actions or Proceedings of Defendant Automotive Finance Corporation d/b/a AFC* [Doc 22] (the "Original Notice"), providing the Court notice of pending litigation entitled *Automotive Finance Corporation d/b/a AFC Automotive Finance Corporation d/b/a AFC v. CT102 LLC d/b/a Metro Motors and Herman Jeffrey Baker a/k/a H. Jeffrey Baker a/k/a Herman H. Baker a/k/a H J Baker a/k/a Jeffrey Baker a/k/a Jeff Baker*, Cause No. 49D06-1812-CC-047850, in the Marion Superior Court, Civil Division 06, Marion County, Indiana (collectively, the "Indiana Litigation").

2. On March 1, 2021, AFC filed its *Supplemental Notice of Related Actions or Proceedings*, informing this Court that AFC had prevailed in the Indiana Litigation after a trial

on the merits held January 5-6, 2021 (the "Supplemental Notice") [Doc 35], leaving only the determination of interest and attorney's fees to be awarded to AFC.

3. Since the filing of the Supplemental Notice, the Indiana Court has entered final judgment in favor of AFC on all counts. True and correct copies of the Indiana Court's *Entry of Final Judgment* dated April 23, 2021, and the incorporated *Order on Bench Trial* entered February 24, 2021, are attached hereto as Exhibit 1.

Respectfully submitted,

/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel: (401) 831-8900
Fax: (401) 751-7542
Email: jvc3@blishcavlaw.com

*Attorneys for Automotive Finance Corporation d/b/a AFC*

CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Harris K. Weiner
Salter McGowan Sylvia & Leonard, Inc.
56 Exchange Terrace
Providence, RI 02903
401-274-0300
Fax: 401-453-0073
Email: hweiner@smsllaw.com

Katharine E. Kohm
Pierce Atwood LLP
One Financial Plaza
26th Floor
Providence, RI 02903
(401) 490-3429
Fax: 401-588-5166
Email: kkohm@pierceatwood.com

                                        /s/ Joseph V. Cavanagh, III