UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>　　　　Defendants. | Civil Action No.: 1:20-cv-356-MSM-PAS |

**REQUEST FOR FILING OF FOREIGN NOTICE OF APPEAL**

Defendants hereby request that the Indiana Notice of Appeal attached hereto be accepted into the record of the above-captioned matter which is scheduled for oral argument on August 18, 2021. The Appeal is pending.

Dated: August 6, 2021

Respectfully submitted,

**CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,
Plaintiffs**

*/s/ Harris K. Weiner*
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

1

## CERTIFICATE OF SERVICE

    I, Harris K. Weiner, hereby certify that on August 6, 2021 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

*/s/ Harris K. Weiner*
