**Form App. R. 9-1 Notice of Appeal**

IN THE INDIANA COURT OF APPEALS
CAUSE NO. _____

| | |
|---|---|
| CT102 LLC d/b/a JD BYRIDER OF NEW HAVEN and METRO MOTORS, And HERMAN JEFFREY BAKER, )))) | |
| Appellants, ) Defendants below, ) ) | Appeal from the Marion Superior Court |
| v. ) ) | Trial Court Case No.: 49D06-1812-CC-047850 |
| AUTOMOTIVE FINANCE CORP. , ) ) | |
| Appellee, ) Plaintiff below. ) | The Honorable Kurt Eisgruber, Judge. |

**NOTICE OF APPEAL**

This is not an "expedited" appeal under App. R. 14.1

**(Appearance)**

**Party Information**
Name:     Herman Jeffrey Baker, CT102 LLC, d/b/a JD Byrider of New Haven, and Metro Motors
Address:   120 Fox Run
           East Greenwich, RI 02818
The following party information *only if not represented by an attorney*:
Tel. No.:  (401) 741-1800                Fax No.:_____
E-Mail:    hjbaker123@gmail.com

Requesting service of orders and opinions of the Court by:
       **X** E-mail   ☐ FAX or ☐ U.S. Mail (choose one)

*In forma pauperis*:  ☐ Yes  **X** No

Attorney(s) representing party filing Notice of Appeal, if any:
Name:      Julie A. Camden
Attorney # 26789-49
Address:   10412 Allisonville Rd., Ste. 200
           Fishers, IN 46038
Tel. No.:  (317) 770-0000                Fax No.: 1-888-339-9611
E-Mail:    jc@camlawyers.com

IMPORTANT: Each attorney specified above:
(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date this Notice of Appeal is filed;
(b) acknowledges that all orders, opinions, and notices in this matter will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and
(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Indiana Courts Portal

**INFORMATION FOR JUDGMENT/ORDER BEING APPEALED**
Date of Judgment/Order being appealed: __April 23, 2021 & February 24, 2021__
Title of Judgment/Order being appealed: __Order Entering Final Judgment &__
__Order on Bench Trial__
Date Motion to Correct Error denied: Has not been ruled on yet
If case was heard by a magistrate, date trial judge approved judgment or order: _____
Basis for Appellate Jurisdiction:
- **X** Appeal from a Final Judgment, as defined by Appellate Rule 2(H) and 9(I)
- ☐ Appeal from an interlocutory order, taken as of right pursuant to Appellate Rule 14(A) or 14(D)
- ☐ Appeal from an interlocutory order, accepted by discretion pursuant to Appellate Rule 14(B)(3) or 14(C)(5)
- ☐ Expedited Appeal, taken pursuant to Appellate Rule 14.1

This appeal will be taken to
- **X** Court of Appeals of Indiana, pursuant to Appellate Rule 5
- ☐ Indiana Supreme Court, pursuant to Appellate Rule 4
  - ☐ This is an appeal in which a sentence of death or life imprisonment without parole is imposed under Ind. Code § 35-50-2-9 or a post conviction relief case in which the sentence was death
  - ☐ This is an interlocutory appeal authorized under Rule 14 involving the death penalty or a life without parole case raising a question of interpretation of Ind. Code § 35-50-2-9
  - ☐ This is an appeal from an order declaring a statute unconstitutional
  - ☐ This is an appeal involving a waiver of parental consent to abortion under Rule 62
  - ☐ This is an appeal involving mandate of funds

**Trial Court Clerk Instructions**
Pursuant to Appellate Rule 10 or 14.1(C), the clerk of **the Marion County Superior Court** is requested to assemble the Clerk's Record, as defined in Appellate Rule 2(E).
Pursuant to Appellate Rule 11 or 14.1(C), **the Court Reporter of the Marion County Superior Court 6** is requested to transcribe, certify, and file with the clerk of the **Marion County Superior Court** the following hearings of record, including exhibits: January 5, 2021 and January 6, 2021.

**Public Access**
Was the entire trial court or agency record sealed or excluded from public access?
☐ Yes    **X** No
Was a portion of the trial court or agency record sealed or excluded from public access?
☐ Yes    **X** No
If yes, which provision in Administrative Rule 9(G) provides the basis for this exclusion: _____.

If Administrative Rule 9(G)(4) provides the basis for this exclusion, was the trial court or agency

    order issued in accordance with the requirements of Administrative Rule 9(G)(4)(a-d)?
        ☐ Yes    ☐ No

**Appellate Alternative Dispute Resolution**
    If civil case, is Appellant willing to participate in Appellate Dispute Resolution?
        ☐ Yes    **X** No
    If yes, provide a brief statement of the facts of the case. (Attach additional pages as needed.)
    _____
    _____
    _____
    _____

**Attachments**
    The following SHALL be attached to this Notice of Appeal (in all appeals):
        **X**  Copy of judgment or order being appealed
    The following SHALL be attached to this Notice of Appeal if applicable (check if applicable):
        **X**  Copy of the trial court or Administrative Agency's findings and conclusion (in civil cases)
        ☐  Copy of the sentencing order (in criminal cases)
        **X**  Order denying Motion to Correct Error or, if deemed denied, copy of Motion to Correct Error
        ☐  Copy of all orders and entries relating to the trial court or agency's decision to seal or exclude information from public access
        ☐  If proceeding pursuant to Appellate Rule 14(B)(3), copy of Order from Court of Appeals accepting jurisdiction over interlocutory appeal
        ☐  The documents required by Rule 40(C), if proceeding *in forma pauperis*

**Certification**
    By signing below, I certify that:
        (1) This case ☐ does **X** does not involve an interlocutory appeal; issues of child custody, support, visitation, adoption, paternity, determination that a child is in need of services, termination of parental rights; or an appeal entitled to priority by rule or statute.
        (2) I have reviewed and complied, and will continue to comply, with the requirements of Appellate Rule 9(J), 23(F), and Administrative Rule 9(G) on appeal; and,
        (3) I will make satisfactory payment arrangements for any Transcripts ordered in this Notice of Appeal, as required by Appellate Rule 9(H).

        Respectfully submitted,

        /s/ Julie A. Camden
        Julie A. Camden, #26789-49
        Camden & Meridew, P.C.
        10412 Allisonville Rd., Ste. 200
        Fishers, IN 46038
        Phone: (317) 770-0000
        Fax:    (888) 339-9611
        Email: jc@camlawyers.com

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this **17th day of May, 2021**, the foregoing document was filed with the Clerk of the Indiana Court of Appeals.

I also certify that on this **17th day of May, 2021**, the foregoing document was served by U.S. Mail, first class, postage prepaid, upon the following parties:

Hon. Kurt Eisgruber
Marion Superior Court 6, W-542
200 E. Washington St.
Indianapolis IN  46204

Marion County Court Reporter
200 E. Washington St
Indianapolis, IN 46204

Myla A. Eldridge
Marion County Clerk
200 E Washington St., Ste. W122
Indianapolis, IN 46204

Cassandra A. Nielsen
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

/s/ Julie A. Camden
Julie A. Camden, #26789-49