



## STATE OF RHODE ISLAND

## DISTRICT COURT

## SUMMONS

| **Plaintiff** <br> H. Jeffrey Baker <br> v. <br> **Defendant** <br> Cassandra Ashley Nielsen | **Civil Action File Number** <br> 3SC-2021-00258 |
|---|---|
| | **Attorney for the Plaintiff or the Plaintiff** <br> H. Jeffrey Baker |
| | **Address of the Plaintiff's Attorney or the Plaintiff** <br> 120 Fox Run <br> East Greenwich RI  02818 |
| Noel Judicial Complex <br> 3rd Division District Court <br> 222 Quaker Lane <br> Warwick RI  02886 <br> *(401) 822-6750 | **Address for the Defendant** <br> 3129 Valley Farms #10 <br> Indianapolis, IN  46214 |

**TO THE DEFENDANT:**

You are hereby summoned and required to serve upon the Plaintiff or the Plaintiff's attorney, whose name and address appears above, an answer to the complaint which is herewith served upon you.  **Your answer must be made in WRITING within TWENTY (20) days after service of this Summons, complaint, and Language Assistance Notice, exclusive of the date of service, and filed with the court.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

Witness the seal/watermark of the District Court

| This Summons was generated on 8/3/2021. | /s/ Dawn Bellamy <br> Clerk |
|---|---|

DC-CMS-4 (revised June 2020)

Exhibit 1 (1 of 2)



STATE OF RHODE ISLAND

DISTRICT COURT

RECEIVED
AUG - 3 2021
DISTRICT COURT
THIRD DIVISION
KENT COUNTY

## SMALL CLAIMS NOTICE OF SUIT - COMPLAINT

Civil Action File Number: 3SC 2021-258

| Plaintiff<br>H. Jeffrey Baker<br>120 Fox Run<br>East Greenwich RI 02818 | Attorney for the Plaintiff |
| --- | --- |
| | Address of the Plaintiff's Attorney or the Plaintiff |
| Defendant<br>Cassandra Ashley Nielsen | Address of the Defendant<br>3129 Valley Farms # 10<br>Indianapolis Indiana 46214 |

| ☒ Murray Judicial Complex<br>2nd Division District Court<br>45 Washington Square<br>Newport, Rhode Island 02840-2913<br>(401) 841-8350 | ☒ Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886-0107<br>(401) 822-6750 |
| --- | --- |
| ☐ McGrath Judicial Complex<br>4th Division District Court<br>4800 Tower Hill Road<br>Wakefield, Rhode Island 02879-2239<br>(401) 782-4131 | ☐ Garrahy Judicial Complex<br>6th Division District Court<br>One Dorrance Plaza<br>Providence, Rhode Island 02903-2719<br>(401) 458-5400 |

The Plaintiff(s) claims that the Defendant(s) owes $ 5000.00  plus the cost of suit for the following reasons:

The defendant acting on behalf of her client who I am in litigation with, knowingly and purposely instituted supplemental proceedings against for the solepurpose to embarrass me and cost me additonal legal fees She was infomed by my attorney that RI residents are subject to Rhode Island collection law, including garnishment and discovery in supplementary proceedings.
Constitutional due process — both procedural and substantive — are violated by the attempted application of foreign laws which differ significantly as to process, see e.g. R.I. Gen. Laws §28-8-15 et seq. and exemptions, see e.g. R.I. Gen. Laws §28-15-9.
Her purposeful and unconstutuional actions have caused my irreparable financial and reputational harm.
This has been a pattern and practice of hers in which has been documented.

DC-SC-1 (revised June 2020)

Exhibit 1 (2 of 2)