# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,

    Plaintiffs,

    v.    Civil Action No.:1:20-cv-356-MSM-PAS

Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Manheim, Inc.; and ADESA, Inc.

    Defendants.

## STIPULATION

Defendants, NextGear Capital, Inc. ("NextGear") and Manheim Remarketing, Inc. (collectively, "Defendants") and Plaintiffs, CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker (collectively "Plaintiffs") hereby agree that Defendants shall have up to and including November 8, 2021 to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

    Respectfully submitted,
    **DEFENDANTS**
    **NEXTGEAR CAPITAL, INC. and**
    **MANHEIM REMARKETING, INC.**
    by their counsel,

Dated: October 1, 2021    */s/ Katharine E. Kohm*

    Katharine E. Kohm (#8194)
    PIERCE ATWOOD LLP
    One Financial Plaza, Suite 2600
    Providence, Rhode Island 02903
    Tel: (401) 588-5113
    kkohm@pierceatwood.com

    David J. Jurkiewicz, Esq.
    *(Pro Hac Vice - Text Order dated 7/30/21)*
    BOSE MCKINNEY & EVANS LLP
    111 Monument Circle, Suite 2700
    Indianapolis, Indiana 46204
    DJurkiewicz@boselaw.com

13936671.1

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was electronically filed with the Clerk of the Court on the 1st of October, 2021 and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means on the date this document was filed. All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

***Counsel for Plaintiffs (e-filing)***
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

***Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)***
Joseph V. Cavanagh , III
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Office: (401) 831-8900
Fax: (401) 490-7640
jvc3@blishcavlaw.com

Reynold T. Berry, Esq.
*(Pro Hac Vice - Text Order dated 7/30/21)*
Rubin & Levin, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
rberry@rubin-levin.net


                                                               */s/ Katharine E. Kohm*