UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AUTOMOTIVE FINANCE CORPORATION d/b/a AFC; NEXTGEAR CAPITAL, INC.; MANHEIM, INC.; and ADESA, INC.,<br><br>　　　　　Defendants. | C.A. No. 1:20-cv-00356-MSM-PAS |

**FOURTH SUPPLEMENTAL NOTICE
OF RELATED ACTIONS OR PROCEEDINGS OF
<u>DEFENDANT AUTOMOTIVE FINANCE CORPORATION D/B/A AFC</u>**

Defendant Automotive Finance Corporation d/b/a AFC ("AFC"), by counsel, and pursuant to Local Rule Civil 9.1, hereby submits its Fourth Supplemental Notice of Related Actions or Proceedings and states as follows:

1.　On October 14, 2020, AFC filed its Notice of Related Actions or Proceedings of Defendant Automotive Finance Corporation d/b/a AFC [Doc 22] (the "Original Notice"), providing the Court notice of pending litigation entitled *Automotive Finance Corporation d/b/a AFC Automotive Finance Corporation d/b/a AFC v. CT102 LLC d/b/a Metro Motors and Herman Jeffrey Baker a/k/a H. Jeffrey Baker a/k/a Herman H. Baker a/k/a H J Baker a/k/a Jeffrey Baker a/k/a Jeff Baker*, Cause No. 49D06-1812-CC-047850, in the Marion Superior Court, Civil Division 06, Marion County, Indiana (collectively, the "Indiana Litigation").

2.　On March 1, 2021, AFC filed its Supplemental Notice of Related Actions or Proceedings, informing this Court that AFC had prevailed in the Indiana Litigation after a trial

on the merits held January 5-6, 2021 (the "Supplemental Notice") [Doc 35], leaving only the determination of interest and attorney's fees to be awarded to AFC.

3.      On April 26, 2021, AFC filed its Second Supplemental Notice of Related Actions or Proceedings of Defendant Automotive Finance Corporation D/B/A AFC [Doc 37] ("Second Supplemental Notice"), attaching thereto the Indiana Court's Entry of Final Judgment.

4.      On August 11, 2021, AFC filed its Third Supplemental Notice of Related Actions or Proceedings of Defendant Automotive Finance Corporation D/B/A AFC [Doc 41] ("Third Supplemental Notice"), attaching thereto plaintiff' H. Jeffrey Baker's ("Mr. Baker") Small Claims Notice of Suit-Complaint against Cassandra A. Nielsen (the "Small Claims Suit") and the plaintiff's Appellants' Brief in the appeal of the Indiana Litigation.

5.      Mr. Baker subsequently dismissed the Small Claims Suit on August 13, 2021.

6.      Since the filing of the Third Supplemental Notice, the Indiana Court of Appeals issued the Opinion attached hereto as Exhibit 1, affirming the entry of judgment in favor of AFC in the Indiana Litigation and remanding to the trial court with instructions to enter judgment in favor of AFC and against the plaintiffs in the sum of $123,666.66, plus interest and attorney's fees.

Respectfully submitted,

/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel: (401) 831-8900; Fax: (401) 751-7542
Email: jvc3@blishcavlaw.com

        /s/Reynold T. Berry
Reynold T. Berry (Ind. Atty #25482-49)
Admitted Pro Hac Vice
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
(317) 634-0300 - FAX No. (317) 263-9410
Email: rberry@rubin-levin.net

*Attorneys for Automotive Finance Corporation d/b/a AFC and ADESA, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to and is available for downloading by the following parties through the Court's Electronic Case Filing System.

Harris K. Weiner
Salter McGowan Sylvia & Leonard, Inc.
Email: hweiner@smsllaw.com

Katharine E. Kohm
Pierce Atwood LLP
Email: kkohm@pierceatwood.com

David J. Jurkiewicz
Bose, McKinney & Evans LLP
Email: djurkiewicz@boselaw.com

                                            /s/ Joseph V. Cavanagh, III