UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Manheim, Inc. and ADESA, Inc.,<br><br>　　　　Defendants. | Civil Action No.:1:20-cv-356<br><br>**Jury Trial Demanded** |

## OBJECTION TO NOTICE BY DEFENDANT AUTOMOTIVE FINANCE CORPORATION

Now come Plaintiffs CT102 LLC and H. Jeffrey Baker to object to the mischaracterization by Defendant Automotive Finance Corporation ("AFC") in its Fourth Supplemental Notice of Related Actions or Proceedings (doc. 45). AFC states that a November 2, 2021 Decision by the Court of Appeals of Indiana, C.A. No. 21A-CC-904) is "the Opinion attached hereto as Exhibit 1, affirming the entry of judgment in favor of AFC in the Indiana Litigation and remanding to the trial court with instructions to enter judgment in favor of AFC and against plaintiffs in the sum of $123,666.60 plus interest and attorneys' fees." The Opinion, however, actually (1) granted the plaintiffs' appeal to substantially reduce the miscalculated damages; (2) denied AFC's cross-appeal; and (3) remanded the case to the trial court for a new judgment. The Court stated that "[w]e affirm in part, reverse in part, and remand with instructions." Thus, AFC's description is misleading. The Indiana Opinion speaks for itself and this Court is respectfully urged to discount AFC's mischaracterization.

1

Dated: November 3, 2021

Respectfully submitted,

**CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,
Plaintiffs**

*/s/ Harris K. Weiner*
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on November 3, 2021 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

*/s/ Harris K. Weiner*