UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>AUTOMOTIVE FINANCE CORPORATION d/b/a AFC; NEXTGEAR CAPITAL, INC.; MANHEIM, INC.; and ADESA, INC.,<br>　　　　Defendants. | C.A. No. 1:20-CV-00356-MSM-PAS |

**MOTION OF DEFENDANT AUTOMOTIVE FINANCE CORPORATION d/b/a AFC TO DISMISS SECOND AMENDED COMPLAINT**

Defendant Automotive Finance Corporation d/b/a AFC ("AFC"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves the Court to dismiss all claims asserted in the *Second Amended Complaint* filed by plaintiffs CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker against AFC.

In support of this Motion, and pursuant to D. R.I LR 7, AFC relies upon its Memorandum of Law in Support of Motion to Dismiss Plaintiff's Second Amended Complaint as to Defendant Automotive Finance Corporation d/b/a AFC and all documents attached thereto (including those filed with AFC's Motion to Dismiss the First Amended Complaint [Doc. No. 23], the multiple Notices of Related Actions or Proceedings [Doc. Nos. 22, 27, 35, 26, 41, 45], all matters of record, and those matters of which the Court may take judicial notice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Joseph V. Cavanagh, III
　　　　　　　　　　　　　　　　　　Joseph V. Cavanagh, III (#6907)
　　　　　　　　　　　　　　　　　　Blish & Cavanagh, LLP
　　　　　　　　　　　　　　　　　　30 Exchange Terrace
　　　　　　　　　　　　　　　　　　Providence, RI 02903-1765
　　　　　　　　　　　　　　　　　　Tel: (401) 831-8900; Fax: (401) 751-7542
　　　　　　　　　　　　　　　　　　Email: jvc3@blishcavlaw.com

/s/Reynold T. Berry
Reynold T. Berry (Ind. Atty #25482-49)
Admitted Pro Hac Vice
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
(317) 634-0300 - FAX No. (317) 263-9410
Email: rberry@rubin-levin.net

*Attorneys for Automotive Finance Corporation d/b/a AFC and ADESA, Inc.*

### Request for Oral Argument

Pursuant to LR Cv 7(c) AFC hereby requests oral argument on the instant Motion and estimates that thirty (30) minutes will be required for same.

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I caused a true copy of the foregoing document to be filed using the CM/ECF System and it is available for viewing and downloading by all counsel of record as follows:

Harris K. Weiner
Salter McGowan Sylvia & Leonard, Inc.
Email: hweiner@smsllaw.com

Katharine E. Kohm
Pierce Atwood LLP
Email: kkohm@pierceatwood.com

David J. Jurkiewicz
Bose, McKinney & Evans LLP
Email: djurkiewicz@boselaw.com

/s/ Joseph V. Cavanagh, III