UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,

      Plaintiffs,

    v.                            Civil Action No.:1:20-cv-356-MSM-PAS

Automotive Finance Corporation d/b/a AFC;
NextGear Capital, Inc; Manheim, Inc.;
and ADESA, Inc.

      Defendants.

## DEFENDANT MANHEIM REMARKETING, INC.'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY PENDING COMPLETION OF MANDATORY ARBITRATION

Defendant, Manheim Remarketing, Inc. ("Manheim"), pursuant to the Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. §1 *et seq*., respectfully moves this Court for an order dismissing all counts against Manheim in the Second Amended Complaint ("Complaint") filed by Plaintiffs, CT102 LLC d/b/a Metro Motors ("Metro Motors") and H. Jeffrey Baker ("Baker") (collectively "Plaintiffs"), or, in the alternative, to stay same pending completion of the mandatory arbitration per the provisions in the contracts between the parties. Simply put, Plaintiffs agreed in writing by contract that they must arbitrate their disputes with Manheim or otherwise cannot sue Manheim in any jurisdiction except Fulton County, Georgia. Notwithstanding this agreement, Plaintiffs improperly filed this instant lawsuit in Rhode Island. In support of its Motion, Manheim submits its accompanying Memorandum of Law, the

Affidavit of Victoria Tai, the Affidavit of Dorcas Morris and all exhibits referenced therein, which consist of the contract documents that are central to the matter before this Court.[1]

WHEREFORE, Defendant, Manheim Remarketing, Inc., respectfully requests that that this Court enter an order dismissing all counts against Manheim Remarketing, Inc. in Plaintiffs' Second Amended Complaint, or in the alternative stay this action to permit mandatory arbitration to proceed, and for such other relief as this Court deems just and proper.

                                            Respectfully submitted,
                                            **DEFENDANT**
                                            **MANHEIM REMARKETING, INC.**
                                            by counsel,

Dated : Nov. 8, 2021                /s/ Katharine E. Kohm
                                            Katharine E. Kohm (#8194)
                                            PIERCE ATWOOD LLP
                                            One Financial Plaza, Suite 2600
                                            Providence, Rhode Island 02903
                                            Tel: (401) 588-5113
                                            kkohm@pierceatwood.com


                                            /s/ David J. Jurkiewicz
                                            David J. Jurkiewicz (IN #18018-53)
                                            *(admitted pro hac vice)*
                                            BOSE MCKINNEY & EVANS LLP
                                            111 Monument Circle, Suite 2700
                                            Indianapolis, Indiana 46204
                                            djurkiewicz@boselaw.com

---

[1] When documents are central to a plaintiff's complaint, the documents "merge[] into the pleadings" and may be properly considered by the Court in determining a motion to dismiss. *See Claudia-De Leon*, 775 F.3d at 46 (quoting *Alt. Energy, Inc.*, 267 F.3d at 3); *see also Ironshore Specialty Insurance Company v. United States*, 871 F.3d 131, 135-136 (1st Cir. 2017).

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court on the 8th day of November, 2021, and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means on the date this document was filed. All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

*Counsel for Plaintiffs (e-filing)*
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

*Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)*
Joseph V. Cavanagh , III (#6907)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Office: (401) 831-8900
Fax: (401) 490-7640
jvc3@blishcavlaw.com

Reynold T. Berry (Ind. Atty #25482-49)
*(admitted pro hac vice)*
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
Office: (317) 634-0300
Fax: (317) 263-9410
rberry@rubin-levin.net

                                                          */s/ Katharine E. Kohm*