UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>       Plaintiffs,<br><br>v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>       Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## **STIPULATION**

By agreement of the undersigned counsel for Defendants NextGear Capital, Inc. and Manheim, Inc. and Plaintiffs CT102 LLC d/b/a/ Metro Motors and H. Jeffrey Baker, Plaintiffs may have up to and including December 22, 2021 to respond to Defendants' Motions to Dismiss..

Respectfully submitted,

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,<br>Plaintiffs | NextGear Capital, Inc. and Manheim, Inc.<br>Defendants, |
| */s/ Harris K. Weiner*<br>Harris K. Weiner (#3779)<br>Salter, McGowan, Sylvia & Leonard, Inc.<br>56 Exchange Terrace, Suite 500<br>Providence, RI 02903<br>Office: (401) 274-0300<br>Fax: (401) 453-0073<br>hweiner@smsllaw.com | */s/ Katharine E. Kohm*<br> Katharine E. Kohm (#8194)<br>PIERCE ATWOOD LLP<br>One Financial Plaza, Suite 2600<br>Providence, Rhode Island 02903<br>Tel: (401) 588-5113<br>kkohm@pierceatwood.com |

1

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on November 15, 2021 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

<em>/s/ Harris K. Weiner</em>