UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>　　　　Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## **STIPULATION**

By agreement of the undersigned counsel for Defendants Automotive Finance Corporation and ADESA, Inc. and Plaintiffs CT102 LLC d/b/a/ Metro Motors and H. Jeffrey Baker, Plaintiffs may have up to and including December 22, 2021 to respond to Defendants' Motions to Dismiss.

Respectfully submitted,

| Plaintiffs CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,<br>by their Attorney, | Defendants, Automotive Finance Corporation and ADESA, Inc.,<br>by their Attorney |
|---|---|
| */s/ Harris K. Weiner*<br>Harris K. Weiner (#3779)<br>Salter, McGowan, Sylvia & Leonard, Inc.<br>56 Exchange Terrace, Suite 500<br>Providence, RI 02903<br>Office: (401) 274-0300<br>Fax: (401) 453-0073<br>hweiner@smsllaw.com | */s/ Joseph V. Cavanagh, III*<br>Joseph V. Cavanagh, III (#6907)<br>Blish & Cavanagh, LLP<br>30 Exchange Terrace<br>Providence, RI 02903-1765<br>Tel: (401) 831-8900; Fax: (401) 751-7542<br>Email: jvc3@blishcavlaw.com |

1

## CERTIFICATE OF SERVICE

  I, Harris K. Weiner, hereby certify that on November 17, 2021 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

<u>/s/ Harris K. Weiner</u>