# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>    Plaintiffs,<br><br>   v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,<br>    Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## STIPULATION

By agreement of all parties, Plaintiffs may have up to and including January 22, 2022 to file their oppositions to the following motions now pending:

- Motion of Defendant Automotive Finance Corporation d/b/a AFC to Dismiss Second Amended Complaint.

- Motion of Defendant ADESA, Inc. to Dismiss Second Amended Complaint.

- Defendant Manheim Remarketing, Inc.'s Motion to Dismiss or in the Alternative to Stay Pending Completion of Mandatory Arbitration.

- Defendant Nextgear Capital, Inc.'s Motion to Dismiss the Second Amended Complaint or in the Alternative to Stay Pending Completion of Mandatory Arbitration.

Mr. Weiner has been hospitalized for emergency gall bladder surgery and has a projected recovery period of four weeks.

1

Respectfully submitted,

Plaintiffs CT102 LLC d/b/a Metro Motors
and H. Jeffrey Baker,
by their Attorney,

*/s/ Harris K. Weiner*
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Providence, RI 02903
Office: (401) 274-0300
Fax: (401) 453-0073
hweiner@smsllaw.com

Defendants, Automotive Finance
Corporation and ADESA, Inc.,
by their Attorney

*/s/ Joseph V. Cavanagh, III*
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel: (401) 831-8900; Fax: (401) 751-7542
Email: jvc3@blishcavlaw.com

Defendants NextGear Capital, Inc. and
Manheim, Inc.,
by their Attorney,

*/s/ Katharine E. Kohm*
 Katharine E. Kohm (#8194)
PIERCE ATWOOD LLP
One Financial Plaza, Suite 2600
Providence, Rhode Island 02903
Tel: (401) 588-5113
kkohm@pierceatwood.com

David J. Jurkiewicz, Esq.
(Pro Hac Vice - Text Order dated 7/30/21)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
DJurkiewicz@boselaw.com

## CERTIFICATE OF SERVICE

I, Harris K. Weiner, hereby certify that on December 13, 2021 a copy of the foregoing
document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

*/s/ Harris K. Weiner*