# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Manheim, Inc. and ADESA, Inc.,<br>　　　　Defendants. | Civil Action No.:1:20-cv-356-MSM-PAS |

## PLAINTIFFS' OPPOSITION TO DEFENDANT NEXTGEAR CAPITAL, INC.'S AND DEFENDANT MANHEIM REMARKETING, INC.'S MOTIONS TO DISMISS, ALTERNATIVE MOTION TO STAY, AND MANHEIM'S MOTION TO STRIKE JURY DEMAND

Now come Plaintiffs, CT102, LLC d/b/a Metro Motors and H. Jeffrey Baker to oppose both Motions to Dismiss filed separately by Defendant NextGear Capital, Inc. and Defendant Manheim Remarketing, Inc. for the reasons set forth in the accompanying Memorandum of Law. Plaintiffs also oppose Manheim's Alternative Motion to Stay Pending Arbitration and its Motion to Strike Plaintiffs' Jury Demand as set forth in the accompanying Memorandum.

Dated: January 21, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker,**
　　　　　　　　　　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　By their Attorney,

        */s/ Harris K. Weiner*
        Harris K. Weiner (#3779)
        **Harris K. Weiner Law**
        197 Taunton Avenue
        East Providence, RI 02914
        Tel.: 401-437-4450
        Fax.: 401-438-1630
        *harris@hkweinerlaw.com*

## CERTIFICATE OF SERVICE

    I, Harris K. Weiner, hereby certify that on January 21, 2022 a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to all counsel of record.

        */s/ Harris K. Weiner*