# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER | : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 1:20-cv-00356-MSM-PAS |
| | : |
| AUTOMOTIVE FINANCE CORPORATION d/b/a AFC, NEXTGEAR CAPITAL, INC., MANHEIM, INC. and ADESA, Inc., | : : : |
| Defendants. | : |

## **STIPULATION**

The Plaintiffs and Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. ("Defendants") hereby agree that Defendants shall have up to and including February 11, 2022 to respond to Plaintiffs' Opposition to Defendants Motions to Dismiss.

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER, | AUTOMOTIVE FINANCE CORPORATION d/b/a AFC and ADESA, Inc., |
| By their Attorneys, | By their Attorneys, |
| /s/ Harris K. Weiner | /s/ Joseph V. Cavanagh, III |
| Harris K. Weiner (#3779) | Joseph V. Cavanagh, III (#6907) |
| Salter, McGowan, Sylvia & Leonard, Inc. | Blish & Cavanagh, LLP |
| 56 Exchange Terrace, Suite 500 | 30 Exchange Terrace |
| Providence, RI 02903-1765 | Providence, RI 02903-1765 |
| Tel: (401) 274-0300 | Tel: (401) 831-8900 |
| Fax: (401) 453-0073 | Fax: (401) 751-7542 |
| hweiner@smsllaw.com | jvc3@blishcavlaw.com |