# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| **CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker** | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 1:20-cv-356-MSM-PAS** |
| | ) | |
| | ) | |
| **Automotive Finance Corporation d/b/a AFC; NextGear Capital, Inc.; Southern Auto Sales, Inc., AUTOTEC, LLC d/b/a AUTOACCESS, LLC; Manheim, Inc. and ADESA, Inc.,** | ) | |
| *Defendants.* | ) | |

## STIPULATION TO EXTEND TIME FOR
## DEFENDANTS NEXTGEAR CAPITAL, INC. AND MANHEIM REMARKETING, INC. TO REPLY TO PLATINFFS' OPPOSITION TO DEFENDANTS' MOTIONS

Plaintiffs CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker ("Plaintiffs") and Defendants Manheim Remarketing, Inc. and NextGear Capital, Inc. hereby agree and stipulate that the Defendants Manheim Remarketing, Inc. and NextGear Capital, Inc. ("Defendants") may have up to and including **Friday, February 11, 2022** to reply to Plaintiffs' Opposition [Doc. 55] to "Defendant Nextgear Capital, Inc.'s Motion To Dismiss the Second Amended Complaint or in The Alternative To Stay Pending Completion of Mandatory Arbitration" [Doc. 49]; "Defendant Manheim Remarketing, Inc.'s Motion To Dismiss or in the Alternative To Stay Pending Completion of Mandatory Arbitration" [Doc. 51]; and "Nextgear Capital, Inc.'s Motion To Strike Jury Demand" [Doc. 50].

*[intentionally blank, signatures on following page]*

14514337.1

1

**PLAINTIFFS CT102 LLC D/B/A METRO MOTORS AND H. JEFFREY BAKER,**
by their counsel,

*/s/ Harris K. Weiner*
Harris K. Weiner, Esq. (#3779)
Harris K. Weiner Law
197 Taunton Avenue
East Providence, RI 02914
401-437-4450 (tel.)
401-438-1630 (fax)
Harris@hkweinerlaw.com

**DEFENDANTS NEXTGEAR CAPITAL, INC. and MANHEIM REMARKETING, INC.**
by their counsel,

*/s/ Katharine E. Kohm*
Katharine E. Kohm, Esq. (#8194)
PIERCE ATWOOD LLP
One Financial Plaza, Suite 2600
Providence, Rhode Island 02903
Tel: (401) 588-5113
kkohm@pierceatwood.com

David J. Jurkiewicz, Esq.
*(pro hac vice per text order 7/30/21)*
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
DJurkiewicz@boselaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court on the 25th of January 2022 and that it is available for viewing and downloading from the Court's CM/ECF system.  All counsel of record for represented parties have been served by electronic means on the date this document was filed.  All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

**_Counsel for Plaintiffs (e-filing)_**
Harris K. Weiner, Esq. (#3779)
Harris K. Weiner Law
197 Taunton Avenue
East Providence, RI 02914
401-437-4450 (tel.)
401-438-1630 (fax)
Harris@hkweinerlaw.com

**_Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)_**
Joseph V. Cavanagh , III
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Office: (401) 831-8900
Fax: (401) 490-7640
jvc3@blishcavlaw.com

*/s/ Katharine E. Kohm*

14514337.1