Case Number: KC-2021-0658
Filed in Kent County Superior Court
Submitted: 2/3/2022 1:51 PM
Envelope: 3473240
Reviewer: Dennis R.

1:20-cv-00356-MSM-PAS   Document 60-1   Filed 02/11/22   Page 1 of 2 PageID #: 1030

STATE OF RHODE ISLAND                          SUPERIOR COURT
KENT, S.C.

AUTOMOTIVE FINANCE CORPORATION
d/b/a AFC AUTOMOTIVE FINANCE
CORPORATION d/b/a AFC
            Plaintiff,

v.                                    C.A. No. KC-2021-0658

CT102 LLC d/b/a METRO MOTORS and
HERMAN JEFFREY BAKER a/k/a H.
JEFFREY BAKER a/k/a HERMAN J.
BAKER a/k/a H. J. BAKER a/k/a JEFFREY
BAKER a/k/a JEFF BAKER
            Defendants.

## OBJECTION OF DEFENDANTS TO PLAINTIFF'S REQUEST FOR FILING OF FOREIGN JUDGMENT

Now come Defendants in the above-referenced action to object to Plaintiff's Request for Filing of Foreign Judgment. By Plaintiff's own characterization, the judgment it seeks to enter is related to an action currently pending in the United States District Court for the District of Rhode Island involving these parties. See *CT102 LLC and H. Jeffrey Baker vs. Automotive Finance Corporation d/b/a AFC et als.*, 1:20-cv-356-MSM-PAS. Therefore, the filing of this foreign judgment is premature and inappropriate.

WHEREFORE, Defendants respectfully request that this Request be denied.

Dated: February 3, 2022                    Respectfully submitted,

EXHIBIT C (Page 1 of 2)

Case Number: KC-2021-0658
Filed in Kent County Superior Court
Submitted: 2/3/2022 1:51 PM
Envelope: 3473240
Reviewer: Dennis R.

1:20-CV-00356-MSM-PAS     Document 60-1     Filed 02/11/22     Page 2 of 2 PageID #: 1031

/s/ Harris K. Weiner
Harris K. Weiner (#3779)
Harris K. Weiner Law
197 Taunton Avenue
East Providence, RI 02914
Tel.:  401-437-4450
Fax:  401-438-1630
harris@hkweinerlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022 I electronically served this document through the electronic filing system with notice to counsel of record.  The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ Harris K. Weiner


Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Tel:  (401) 831-8900
Fax.:(401) 751-7542
jvc3@blishcavlaw.com

EXHIBIT C (Page 2 of 2)