**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**


H. Jeffrey Baker, et al

       Plaintiff,

v.                                                    1:20-cv-356MSM


Automotive Finance Corp. et al

       Defendants.

<u>**JUDGMENT**</u>

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Judgment is hereby entered pursuant to this Court's Order of June 28, 2022.

    <u>It is so ordered</u>.


June 28, 2022                    By the Court:

                                   <u>/s/ Hanorah Tyer-Witek</u>
                                   Clerk of Court