# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AUTOMOTIVE FINANCE CORPORATION d/b/a AFC; NEXTGEAR CAPITAL, INC.; MANHEIM, INC.; and ADESA, INC.,<br><br>　　　　　Defendants. | CASE NO. 1:20-CV-00356 |

## STIPULATION OF DISMISSAL OF DEFENDANTS AUTOMOTIVE FINANCE CORPORATION d/b/a AFC and ADESA, INC. WITH PREJUDICE

　　　　Come now the plaintiffs, CT102 LLC d/b/a METRO MOTORS and H. JEFFREY BAKER, by counsel, and come also defendants, AUTOMOTIVE FINANCE CORPORATION d/b/a AFC and ADESA, INC., by counsel, and state as follows:

　　　　1.　　On June 28, 2022, the United States District Court for the District of Rhode Island entered its *Memorandum and Order* and *Judgment* dismissing the plaintiff's Second Amended Complaint as against all defendants *without* prejudice.

　　　　2.　　All parties now stipulate that defendants AUTOMOTIVE FINANCE CORPORATION d/b/a AFC and ADESA, INC. be dismissed from this matter *with* prejudice.

Respectfully submitted,

/s/ *Harris K. Weiner*
Harris K. Weiner (#3779)
Harris Weiner
197 Taunton Avenue
East Providence, RI 02914
401-437-4450
Fax: 401-438-1630
harris@hkweinerlaw.com

*Attorney for H. Jeffrey Baker and CT102 LLC d/b/a Metro Motors*

*/s/ Joseph V. Cavanagh, III*
Joseph V. Cavanagh , III (#6907)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
831-8900
Fax: 490-7640
jvc3@blishcavlaw.com

Reynold T. Berry
Admitted Pro Hac Vice
Rubin & Levin, P.C.
Tel: (317) 634-0300
Fax: (317) 263-9410
rberry@rubin-levin.net

*Attorneys for Automotive Finance Corporation d/b/a AFC and ADESA, Inc.*

*/s/ Katharine E. Kohm*
Katharine E. Kohm (#8194)
Pierce Atwood LLP
One Financial Plaza
Ste 26th Floor
Providence, RI 02903
401-490-3407
Fax: 401-588-5166
kkohm@pierceatwood.com

David J. Jurkiewicz
Admitted Pro Hac Vice
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
DJurkiewicz@boselaw.com

*Attorneys for NextGear Capital, Inc. and Manheim, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2022, I caused a true copy of the foregoing document to be filed using the CM/ECF System and it is available for viewing and downloading by counsel of record as follows:

Harris K. Weiner
Harris Weiner
197 Taunton Avenue
East Providence, RI 02914
401-437-4450
Fax: 401-438-1630
harris@hkweinerlaw.com

Katharine E. Kohm
Pierce Atwood LLP
One Financial Plaza
26th Floor
Providence, RI 02903
(401) 490-3429
Fax: 401-588-5166
kkohm@pierceatwood.com

                                        /s/ *Joseph V. Cavanagh, III*