UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CT102 LLC d/b/a Metro Motors and H.
Jeffrey Baker,

      Plaintiffs,

    v.                           Civil Action No.:1:20-cv-356-MSM-PAS

Automotive Finance Corporation d/b/a AFC;
NextGear Capital, Inc.; Manheim, Inc.;
and ADESA, Inc.

      Defendants.

## STIPULATION OF DISMISSAL OF DEFENDANTS
## NEXTGEAR CAPITAL, INC. AND MANHEIM REMARKETING, INC.

Come now the Plaintiffs, CT102 LLC d/b/a Metro Motors and H. Jeffrey Baker, by counsel, and come also Defendants, NextGear Capital, Inc. and Manheim Remarketing, Inc., by counsel, and state as follows:

1.    On June 28, 2022, the United States District Court for the District of Rhode Island entered its *Memorandum and Order and Judgment* dismissing the Plaintiffs' Second Amended Complaint as against all Defendants *without* prejudice.

2.    All parties now stipulate that Defendants NextGear Capital, Inc. and Manheim Remarketing, Inc. be dismissed from this matter *with* prejudice.

**[INTENTIONALLY BLANK, SIGNATURES FOLLOW]**

Respectfully submitted,

| | |
|---|---|
| */s Harris K. Weiner* | */s/ Katharine E. Kohm* |
| Harris K. Weiner (#3779) | Katharine E. Kohm (#8194) |
| Harris Weiner Law | PIERCE ATWOOD LLP |
| 197 Taunton Avenue | One Financial Plaza, Suite 2600 |
| East Providence, Rhode Island 02914 | Providence, Rhode Island 02903 |
| Tel: 401-437-4450 | Tel: (401) 588-5113 |
| Fax: 401-438-1630 | kkohm@pierceatwood.com |
| harris@hkweinerlaw.com | |
| | David J. Jurkiewicz |
| *Attorneys for H. Jeffrey Baker and CT102 LLC d/b/a Metro Motors* | Admitted *Pro Hac Vice* |
| | BOSE MCKINNEY & EVANS LLP |
| | 111 Monument Circle, Suite 2700 |
| | Indianapolis, Indiana 46204 |
| | DJurkiewicz@boselaw.com |
| | |
| | *Attorneys for NextGear Capital, Inc. and Manheim Remarketing, Inc.* |

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court on the 7th of October, 2022 and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means on the date this document was filed. All parties who are self-represented or whose counsel have not yet entered an appearance have been served by U.S. Mail, first class postage prepaid, and email on the date this document was filed.

| | |
|---|---|
| ***Counsel for Plaintiffs (e-filing)*** | ***Counsel for Defendants Automotive Finance Corporation d/b/a AFC and ADESA, Inc. (e-filing)*** |
| Harris K. Weiner (#3779) | Joseph V. Cavanagh, III |
| Salter, McGowan, Sylvia & Leonard, Inc. | Blish & Cavanagh LLP |
| 56 Exchange Terrace, Suite 500 | 30 Exchange Terrace |
| Providence, RI 02903 | Providence, RI 02903 |
| Office: (401) 274-0300 | Office: (401) 831-8900 |
| Fax: (401) 453-0073 | Fax: (401) 490-7640 |
| hweiner@smsllaw.com | jvc3@blishcavlaw.com |
| | |
| | Reynold T. Berry, Esq. |
| | *(Pro Hac Vice - Text Order dated 7/30/21)* |
| | Rubin & Levin, P.C. |
| | 135 N. Pennsylvania St., Suite 1400 |
| | Indianapolis, IN 46204 |
| | rberry@rubin-levin.net |

*s/ Katharine E. Kohm*